304 U.S. 570
 58 S.Ct. 1039
 82 L.Ed. 1535
 NATIONAL CARBON COMPANY, Inc., petitioner,
v.
The WESTERN SHADE CLOTH COMPANY.*
 No. 936.
 Supreme Court of the United States
 May 16, 1938
 
 Messrs. Thomas G. Haight, of Jersey City, N. J., and George A. Chritton, of Chicago, Ill., for petitioner.
 
 
 1
 For opinion below, see 93 F.2d 94.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied.
 
 
 
 *
 Rehearing denied 304 U.S. 590, 58 S.Ct. 1054, 82 L.Ed. ——.